# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

130179 & (39)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF SOUTH LYON and SOUTH
LYON TREASURER,
       Plaintiffs-Appellees,

v

       SC: 130179
       COA: 254571
       Oakland CC: 03-055080-CZ

OAKLAND COUNTY DRAIN
COMMISSIONER,
       Defendant-Appellant.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

d0712